AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Christopher Eugene Nichols and<br>Damon James Davison,<br><br>Defendant(s) | Case No. 11-8389-LRJ |

FILED by _____ D.C.
OCT - 4 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/04/2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Sections 2113 and 2 | Bank Robbery |
| 18 United States Code, Sections 924(c) and (2) | Carrying a firearm during a crime of violence |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Wilson, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/04/2011__

_____
Judge's signature

City and state: __West Palm Beach, Florida__

U.S. Magistrate Judge Linnea R. Johonson
Printed name and title

## AFFIDAVIT

I, Scott Wilson, being duly sworn, do state and attest as follows:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since November 03, 2002. I am currently assigned to the Palm Beach County, Florida, resident agency of the FBI. During my tenure with the FBI, I have conducted several investigations dealing with the Hobbs Act, bank robbery and violent crimes, in violation of Title 18, United States Code, Sections 1951, and 2113, including many bank robbery investigations.

2. This affidavit is based on your affiant's personal investigation and on information from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain each and every detail about this investigation of which I am aware.

3. On August 12, 2011, at approximately 9:05 a.m., an individual entered TD Bank, 1601 West Boynton Beach Boulevard, Boynton Beach, Florida. He approached the teller counter and passed a demand note to the bank teller. The note stated, "I have a gun. Give me your money now. You have 30 seconds. Don't be a hero." The individual received bank money including an explosive dye pack. The individual was observed through surveillance video entering the driver's side of a silver Volkswagen Beetle with a sunroof. The individual was described as a white male with a large scar on his right cheek. He was wearing a dark colored baseball cap, tan short sleeve polo style shirt and eyeglasses. The TD Bank's accounts were determined to be insured by the Federal Deposit Insurance Corporation (FDIC).

4. On September 6, 2011, at approximately 10:02 a.m., an individual entered TD Bank, 969 SE 5 Avenue, Delray Beach, Florida. He approached the teller counter and passed a demand note to the bank teller. The note stated, "I have a gun. Give me the money, no dye pack, you have 30 seconds. Don't be a hero." The individual received bank money. He exited the bank and was observed by a witness entering the passenger side of a silver Chrysler 300 type hatchback vehicle. The individual was described as a white male with a large scar on his right cheek. He was wearing a dark blue baseball cap with a picture of a Bass on the front, tan or white short sleeve button down shirt and eyeglasses. The TD Bank's accounts were determined to be insured by the FDIC.

5. On September 14, 2011, at approximately 9:17 a.m., an individual entered BB&T Bank, 2000 PGA Boulevard, Palm Beach Gardens, Florida. He approached a bank employee at her desk and displayed a demand note. He instructed the employee to take him to the vault room. He forced two employees to the vault room. When they were unable to open the vault the individual directed the employees to the teller area. He took money from a teller drawer. The individual was described as a white male with a large scar on his right cheek. He was wearing a dark suite, light blue button down shirt, gray Fedora, eyeglasses and what appears to be an electronic earpiece. The money was placed in a black bag. He had a black semi-automatic handgun in his waistband. The individual was observed fleeing the area in a white Chevrolet work van.

6. Days after the August 12, 2011, bank robbery an employee of a local

Volkswagen dealership viewed the surveillance photographs of the silver Volkswagen Beetle. Based on the body type and rims of the vehicle it was believed to be of a 1999, 2000 or 2001 Volkswagen Beetle, either a model GLS or GLX. All GLS and GLX models come standard with a sunroof.

7. On September 7, 2011, a Boynton Beach Code Enforcement Officer (CEO) found a dark blue baseball cap with a picture of a Bass on the front. The cap was in the swale near the southern entrance of the Heaterlake Subdivision in Boynton Beach, Florida. The CEO took the cap and gave it to a friend. Later, while searching the internet the CEO read a story of the Delray bank robbery and observed that the hat the suspect was wearing at the time of the robbery resembled the one he found. He notified the Boynton Beach Police Department and retrieved the cap from his friend. While being interviewed by a Boynton Beach Police detective the CEO, who lives in the Heatherlake Subdivision was asked if he knew of any resident in his neighborhood who owned a silver Volkswagen Beetle. The CEO stated there was one at 63 Heather Cove Drive.

8. During a surveillance of 63 Heather Cove Drive a silver 2008 Dodge Magnum Station Wagon bearing Florida license AQYD91 was observed in the driveway of the residence. This vehicle is similar to a Chrysler 300 Station Wagon. The vehicle is registered to CHRISTOPHER EUGENE NICHOLS.

9. The Heather Cove Drive address was queried in a public database for current and previous residents. DAMON JAMES DAVISON among others was discovered. DAVISON was discovered to own a silver 2001 Volkswagen Beetle GLX.

10. On September 14, 2011, the CEO notified law enforcement officers that a white

3

Chevrolet work van bearing Florida license W392IH was parked at the Heather Cove address. The vehicle is registered to Lombart Instrument Company. Surveillance was conducted on the van and the driver appears to be DAVISON.

11. The video surveillance from the Parker Bridge on U.S. 1 in North Palm Beach, Florida prior to the BB&T bank robbery shows a large white Chevrolet work van driving north over the bridge. There is a silver Dodge Magnum Station Wagon just in front of the van. The van can be seen crossing the bridge traveling south a short time after the bank robbery. The van has its daytime running lights on. The Parker Bridge is approximately ¼ mile south of the bank and is the most logical route traveling south. The Magnum in the video has the same type of rims as the ones on NICHOLS' vehicle. The van in the surveillance video of the bank and Parker Bridge look the same as the one Davison drives. There are three windows on the right side of the van, two on the back and one on the left side. DAVISON's van also has daytime running lights.

12. On the morning of September 29, 2011, NICHOLS was observed traveling from his residence to the Atlantic Square Shopping Plaza at the southeast corner of West Atlantic Boulevard and Jog Road in Delray Beach, Florida. The plaza contains two banks, an RBC Bank, 15086 South Jog Road, Delray Beach, Florida and Third Federal Bank, 15140 Jog Road, Delray Beach, Florida. NICHOLS arrived at the plaza at approximately 8:48 a.m. He made several passes around Third Federal Bank and RBC Bank. He left the area at approximately 8:54 a.m., and returned home.

13. On the morning of October 3, 2011, NICHOLS was observed traveling from his residence to the Atlantic Square Shopping Plaza. NICHOLS arrived at the

4

plaza at approximately 8:57 a.m. Again he made several passes around the same Third Federal Bank and RBC Bank. He left the area at approximately 9:06 a.m., and returned home.

14. On the morning of October 4, 2011, NICHOLS was observed traveling from his residence to the shopping plaza at the southeast corner of West Atlantic Boulevard and Jog Road in Delray Beach, Florida. He continued west on West Atlantic Boulevard past the Atlantic Square Shopping Plaza. He continued west approximately two miles. He entered a gas station and turned around. He went back east on West Atlantic Boulevard and turned south on Jog Road. NICHOLS continued a few miles, made a U turn and headed back north on Jog Road. While NICHOLS was traveling north DAVISON's white van was observed entering the shopping plaza on the southeast corner of West Atlantic and Jog Road. He made a pass by the bank and parked in the Home Depot parking lot. He was seen talking on his cellular telephone. NICHOLS continued north on Jog Road past West Atlantic Boulevard. He eventually turned around and entered the shopping plaza. At one point NICHOLS had his hand to his ear as if talking on a cellular telephone. The white van arrived at the south side of Third Federal Bank. NICHOLS drove to where the van was parked. NICHOLS got in the front passenger seat of the van. Both NICHOLS and DAVISON were wearing baseball caps. They exited the plaza, turned north on Jog Road, east on West Atlantic Boulevard. They then reentered the shopping plaza and approached RBC Bank. The two were arrested without incident. DAVISON was driving and NICHOLS was in the front passenger's seat. NICHOLS had a loaded Glock model 27, semi-automatic handgun in his

5

waist. He had a cellular telephone in his pants pocket with an electronic earpiece extended from the phone to his ear. DAVISON was in possession of a cellular telephone.

15. During a post Miranda interview DAVISON stated he and NICHOLS robbed BB&T Bank on PGA in September 2011. DAVISON met NICHOLS approximately 300 yards south of the bank. NICHOLS was wearing a dark suit and a hat. DAVISON drove NICHOLS to the front of the bank. After the robbery DAVISON dropped NICHOLS at his car and the two went separate ways. DAVISON did not receive any money from the robbery.

16. NICHOLS and DAVISON planned to rob the RBC Bank today. NICHOLS informed DAVISON last week he had a bank picked. NICHOLS informed DAVISON last night that he wanted to rob the bank today. DAVISON drove to the Atlantic Square Shopping Plaza but did not see NICHOLS. He called NICHOLS and spoke to him. DAVISON met NICHOLS in the plaza near a trash dumpster. NICHOLS entered DAVISON's van. NICHOLS told DAVISON to drive on Jog Road which he did. They reentered the plaza and approached the bank. As he drove near the bank they were arrested.

17. DAVISON owns a silver Volkswagen Beetle. The vehicle is currently in the garage of 63 Heather Cove Drive. After the first bank robbery DAVISON's ex-girlfriend saw the car in a bank robbery news story. She asked DAVISON if he was involved. DAVISON confronted NICHOLS who denied using it in a robbery.

18. DAVISON viewed surveillance photographs of the bank robber in the Boynton Beach and Palm Beach Gardens robberies. He positively identified NICHOLS

as the bank robber. He viewed surveillance photos of the white van and silver Magnum from the Parker Bridge. He positively identified the Magnum as NICHOLS' vehicle, and the van as his work van. DAVISON viewed a photograph of the Bass baseball cap found by the CEO in Boynton Beach. DAVISON positively identified it as NICHOLS'.

19. Based on the facts and information set forth in this affidavit, your affiant believes that there is probable cause to believe that the defendants have committed the crime of armed bank robbery, and use of a firearm in furtherance of a crime of violence in violation of Title 18, United States Code Sections 2113 (a) and 924(c).

FURTHER, YOUR AFFIANT SAYETH NAUGHT

_____
SCOTT WILSON, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me
this 4th day of October, 2011.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8389-LRJ

### BOND RECOMMENDATION

DEFENDANT: DAMON JAMES DAVISON

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: ROBERT H. WATERS, JR.

Last Known Address: _____

What Facility: PALM BEACH COUNTY JAIL

GUN CLUB RD. WPB, FL

Agent(s): S/A SCOTT WILSON, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8389-LRJ

### BOND RECOMMENDATION

DEFENDANT: CHRISTOPHER EUGENE NICHOLS

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ROBERT H. WATERS, JR.

Last Known Address: _____

What Facility:   PALM BEACH COUNTY JAIL

GUN CLUB RD. WPB, FL

Agent(s):   S/A SCOTT WILSON, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   11-8389-LRJ

UNITED STATES OF AMERICA

vs.

CHRISTOPHER EUGENE NICHOLS
and DAMON JAMES DAVISON,

        Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

                                      Respectfully submitted,

                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

BY:  _____
                                      ROBERT H. WATERS, JR.
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No. 365483
                                      500 S. Australian Avenue, Suite 400
                                      West Palm Beach, FL 33401-6235
                                      Tel: (561) 820-8711
                                      Fax: (561) 820-8777
                                      Robert.Waters@usdoj.gov